**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **TORY GOVAN,**<br>**Plaintiff,**<br><br>**v.**<br><br>**RYAN DENVER,**<br>**Defendant,**<br><br>**and**<br><br>**RYAN DENVER,**<br>**Third-Party Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA,**<br>**Third-Party Defendant.** | **Civil Action No. 25-11136-ADB**<br>**IN ADMIRALTY** |

**JOINT MOTION TO REALIGN REMAINING DEADLINES**

Now come the Parties, by and through their respective counsel, and respectfully submit their Joint Motion to Realign Remaining Deadlines as follows:

1. This is a maritime personal injury case involving multiple (8) parties. Due to an allision with a navigational aid in Boston Harbor, multiple parties allege injuries as a result of the incident which occurred on July 17, 2021. Ryan Denver ("Denver") then filed a Limitation of Liability Complaint on November 12, 2021. Subsequently, five (5) other cases with the same overlapping parties that involve the same incident were filed.
2. The six related cases have been handled under the same schedule, which is as follows:

a. Close of Fact Discovery: July 27, 2026;
b. Expert Disclosures by party carrying burden of proof: August 28, 2026
c. Rebuttal Expert Disclosures: September 26, 2026
d. Close of expert discovery: October 24, 2026
e. Dispositive Motions: November 21, 2026
f. *Daubert* Motions and Motions *in limine:* December 12, 2026.

3. On August 19, 2026, the Court suspended the fact discovery deadline in one of the related cases, the *Julce* case (*Julce v. Denver, et al.*, Docket No. 25-cv-11146-ADB).[1] The fact discovery deadline in the *Julce* case will be determined following a hearing on several discovery motions, to be held on August 25, 2026. The Court has ordered that after the close of that fact discovery deadline is reached, it will hold a Status Conference for all six (6) related cases.[2]

4. The concern of the parties, is that for the remaining deadlines (¶¶ 2.b-f above), there appears to be two schedules: one for the *Julce* case and another for the other five (5) related cases, with disparities in the deadlines for expert disclosures, expert discovery, and dispositive motions.

5. The Parties, outside the *Julce* case, are not requesting an extension of the fact discovery deadline, but request that the remaining case deadlines realign with the *Julce* case to prevent premature expert disclosures, expert discovery, and dispositive motions. The Parties agree this is the most efficient path forward that will prevent duplication and any prejudice from the parties with staggered deadlines.

6. Thus, the Parties respectfully request this Court reset the remaining deadlines (¶¶ 2.b-f above) in all cases, at the Status Conference to be held after the close of discovery in the *Julce* case.

[1] *See* Doc. No. 59 in the *Julce* case.
[2] *See* Doc. No. 137 in *In re Ryan Denver as Owner of MAKE IT GO AWAY, for Exoneration From or Limitation of Liability*, Docket No. 21-cv-11841-ADB (and identical orders in each of the six related cases).

7. The Parties have recently agreed to participate in a mediation. All parties have agreed on a private mediator; and are currently working on scheduling the mediation to be held this fall.

WHEREFORE, the Parties jointly pray that the Court realign the remaining deadlines to the be the same for all six (6) related cases during the upcoming (to be scheduled) Status Conference in accordance with the above.

**DEFENDANT, RYAN DENVER**

By his Attorneys,

*/s/ Liam T. O'Connell*
David J. Farrell, Jr., BBO #559847
Liam T. O'Connell, BBO #694477
Kirby L. Aarsheim, BBO #678774
FARRELL SMITH O'CONNELL
AARSHEIM APRANS LLP
27 Congress Street, Suite 508
Salem, MA 01970
(978) 774-8918, x203
loconnell@fsofirm.com

**PLAINTIFF, TORY GOVAN**

By her Attorneys:

*/s/ Catherine A. Mohan*
Catherine A. Mohan, BBO #680585
Siobhan Tolan, BBO #687101
McCarter & English, LLP
265 Franklin St.
Boston, MA 02110
(617) 449-6511
semmanuel@mccarter.com
stolan@mccarter.com

**THIRD-PARTY DEFENDANT**
**UNITED STATES OF AMERICA**

By its Attorneys,

*/s/ Jessica G. Sullivan*
Jessica G. Sullivan
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Post Office Box 14271
Washington, DC 20044-4271
(202) 616-4044
Jessica.sullivan@usdoj.gov

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.2, I served the document herein on all attorneys of record via the ECF/CM system on August 20, 2026.

*/s/ Liam T. O'Connell*
Liam T. O'Connell